**FILED**

12/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0604

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0604

_____

CITY OF GREAT FALLS,

Plaintiff and Appellee,

v.                                                          O R D E R

JASON BRYAN MARTIN,

Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Jason Bryan Martin, to all counsel of record, and to the Honorable John W. Parker, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 2 2020